**Exhibit 1**

US00D613697S

| (12) | United States Design Patent | (10) Patent No.: | US D613,697 S |
|---|---|---|---|
| | Symons | (45) Date of Patent: ** | Apr. 13, 2010 |

(54) **CONTAINER WITH LID FOR STORING POWER CORDS AND CABLES FOR ELECTRONIC DEVICES**

(75) Inventor: **Dominic Symons**, Pasadena, CA (US)

(73) Assignee: **Blue Lounge Design, LLC**, Pasadena, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/326,698**

(22) Filed: **Oct. 22, 2008**

(51) **LOC (9) Cl.** ................................................. **13-03**
(52) **U.S. Cl.** ................................................. **D13/149**
(58) **Field of Classification Search** ................ D13/154, D13/149, 137.4, 139.8, 139.9, 133, 156, 184, D13/199; 439/369, 375
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,099,088 | A | * | 3/1992 | Usami et al. | ................ | 174/76 |
| D332,940 | S | * | 2/1993 | Finlay | ................ | D13/154 |
| 5,844,171 | A | * | 12/1998 | Fitzgerald | ................ | 174/92 |
| 5,913,692 | A | * | 6/1999 | Targett | ................ | 439/369 |
| D473,524 | S | * | 4/2003 | Koehler | ................ | D13/156 |
| 7,141,738 | B2 | * | 11/2006 | Marsac et al. | ................ | 174/92 |
| D586,757 | S | * | 2/2009 | Minnick | ................ | D13/156 |
| 2004/0097120 | A1 | * | 5/2004 | Limber et al. | ................ | 439/369 |

OTHER PUBLICATIONS

Oct. 22, 2008 internet printout of www.wirestall.com; unknown publ. date; 4 pages.
Oct. 22, 2008 internet printout from Wayback Machine; www.archive.org for "www.wirestall.com"; 1 page.
Oct. 22, 2008 internet printout from www.networksolutions.com—WHOIS search for "wirestall.com"; 3 pages.
Oct. 22, 2008 internet printout from www.google.com for "wirestall"; 2 pages.
Oct. 22, 2008 internet printout from http://shop.pelican-waters.com/main.sc; 1 page.
Oct. 22, 2008 internet printout from www.archive.org for http://shop.pelican-waters.com/main.sc; http://shop.pelican-waters.com; http://pelican-waters.com; 3 pages.

* cited by examiner

*Primary Examiner*—Daniel D Bui
*Assistant Examiner*—Thomas J Johannes
(74) *Attorney, Agent, or Firm*—Law Office of David Hong

(57) **CLAIM**

The ornamental design for a container with lid for storing power cords and cables for electronic devices, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a container with lid for storing power cords and cables for electronic devices showing my new design;

FIG. **2** is a front elevation view thereof; the rear elevation view is a mirror image thereto;

FIG. **3** is a first side elevation view thereof; the second side elevation review is mirror image thereto;

FIG. **4** is a top view thereof; and,

FIG. **5** is a bottom view thereof;

**1 Claim, 5 Drawing Sheets**



Exhibit 1
17

**U.S. Patent**     **Apr. 13, 2010**     **Sheet 1 of 5**     **US D613,697 S**



Fig. 1

Exhibit 1
18

**U.S. Patent**     Apr. 13, 2010     Sheet 2 of 5     **US D613,697 S**



Fig. 2

Exhibit 1
19

**U.S. Patent**     Apr. 13, 2010     Sheet 3 of 5     US D613,697 S



Fig. 3

Exhibit 1
20

Fig. 4

Exhibit 1
21

**U.S. Patent**  Apr. 13, 2010  Sheet 5 of 5  US D613,697 S



Fig. 5

Exhibit 1
22